IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00062-ZLW-KLM

DAVID MAGRUDER, CPA, CVA,

    Plaintiff,

v.

ANDREW KURITZ,
JACOB ROBERTS,
ERIC JOHNSON,
DOUGLAS COUNTY, CO,
ANGELETTE M. HARCROW, RN,
CARRIE D. MENDOZA, MD,
ROB HILL, PA,
BARBARA A. ANTUNA, MD,
LITTLETON ADVENTIST HOSPITAL,
EMERGENCY PHYSICIANS AT PORTER, PARKER, LITTLETON,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Rule 41(a)(1) Notice of Voluntary Dismissal Without Prejudice** [Docket No. 37; Filed May 3, 2010] and **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant Douglas Pursuant to Federal Rule of Civil Procedure 41(a)(1)** [Docket No. 42; Filed June 11, 2010]. Plaintiff has dismissed all Defendants. Accordingly,

IT IS HEREBY **ORDERED** that **Angelette M. Harcrow's and PorterCare's Fed. R. Civ. P. 12(b)(6) Motion to Dismiss** [Docket No. 11] is **DENIED AS MOOT**.

IT IS FURTHER **ORDERED** that **Defendants Carrie D. Mendoza, M.D. Rob Hill, P.A. Barbara A. Antuna, M.D.'s and Emergency Physicians at Porter, Parker, Littleton's Motion to Dismiss** [Docket No. 16] is **DENIED AS MOOT.**

IT IS FURTHER **ORDERED** that the **Motion to Dismiss** filed by Defendants Kurtz, Roberts, and Johnson [Docket No. 18] is **DENIED AS MOOT**.

Dated: June 11, 2010