IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00062-ZLW-KLM

DAVID MAGRUDER, CPA, CVA

 Plaintiff,

v.

ANDREW KURITZ,
JACOB ROBERTS,
ERIC JOHNSON,

 Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

 This matter is before the Court on an **Amended Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant Douglas County (Not Kuritz, Roberts or Johnson) Pursuant to Federal Rule of Civil Procedure 41(a)(1)** [Docket No. 44; Filed June 23, 2010] (the "Motion"). Plaintiff notes that contrary to the Court's Order of June 11, 2010 [#43], Kuritz, Roberts, and Johnson remain as Defendants.

 The Court recognizes that the Order is in error. Defendants Kuritz, Roberts and Johnson have not been voluntarily dismissed by the Plaintiff.

 IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court's Order denying Defendants' Motion to Dismiss as moot is **VACATED IN PART**. The Motion to Dismiss [#18] is reinstated.

 Dated: June 24, 2010