IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00062-ZLW-KLM

DAVID MAGRUDER, CPA, CVA

    Plaintiff,

v.

ANDREW KURITZ,
JACOB ROBERTS, and
ERIC JOHNSON,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Unopposed Motion for Protective Order** [Docket No. 49; Filed August 2, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Protective Order for the Confidentiality of Documents and Things is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.


Dated: August 4, 2010