IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00062-ZLW-KLM

DAVID MAGRUDER, CPA, CVA

    Plaintiff,

v.

ANDREW KURITZ,
JACOB ROBERTS, and
ERIC JOHNSON,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Leave to File Sur-Reply to Defendants' Reply in Support of Motion for Summary Judgment** [Docket No. 62; Filed September 21, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. Surreplies are not contemplated by the Federal Rules of Civil Procedure or the Local Rules of Practice. The Court is adequately advised of the issues on the parties' present briefings.


Dated: September 21, 2010